# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2009

138948

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

CHARLES DIXON,
      Plaintiff-Appellant,

v

BORCULO GARAGE, d/b/a GRASSMID
TRANSPORT,
      Defendant-Appellee,
and

HUDSONVILLE TRUCK AND TRAILER
SERVICE COMPANY, STOUGHTON
TRAILERS, INC., and HENDRICKSON USA,
L.L.C.,
      Defendants.

SC: 138948
COA: 289233
Kent CC: 07-008338-NP

_____/

      On order of the Court, the application for leave to appeal the April 15, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2009

_____
Clerk

1021